## TURNER *v.* WOODWARD.

FISH, P. J. 1. Where, by threats of imprisonment or promises to hold him harmless, A induces a constable to deliver to him property which is in the possession of the officer by virtue of a levy, and the constable is subsequently ruled by the plaintiff in fi. fa. and compelled to pay to him the value of the property so relinquished, A is liable to the constable for the loss or damage sustained by the latter by reason of such delivery of the property.

2. In such a case it was not error for the court, in instructing the jury, to use the words "loss" and "damage" interchangeably.

3. The charge of the court was full and fair ; and the evidence, while conflicting, was ample to sustain the verdict.

*Judgment affirmed. All the Justices concur, except Simmons, C. J., absent.*

Submitted July 1, — Decided August 5, 1905.

Action for damages. Before Judge Reagan. Henry superior court. January 5, 1905.

*Marcus W. Beck* and *E. M. Smith*, for plaintiff in error. *John S. Gleaton*, contra.